UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEMBER S., <br><br> Plaintiff, <br><br> v. <br><br> SSA COMMISSIONER, <br><br> Defendant. | Case No. 25-cv-06101-SI <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff November S. has filed this Social Security appeal challenging the Social Security Commissioner's denial of plaintiff's application for disability benefits. Dkt. No. 1. The scheduling order in this case provides that plaintiff must file and serve a brief for the requested relief within 30 days after service of the Commissioner's answer (which may be limited to a certified copy of the administrative record). Dkt. No. 4. The Commissioner filed the administrative record on September 17, 2025. Dkt. No. 7. Plaintiff's brief was therefore due no later than October 17, 2025. Plaintiff has not filed a brief.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. **Plaintiff may show cause by filing the overdue brief no later than November 21, 2025.** If plaintiff does not respond by November 21, 2025, the Court may dismiss this case without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 4, 2025

SUSAN ILLSTON
United States District Judge